IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODD DWAYNE BROWN | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3-06-CV-2218-M |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

The court accepts the Findings and Recommendation of the United States Magistrate Judge, filed December 8, 2006. Therefore, Petitioner is ordered to pay the statutory filing fee within 20 days of the date of this Order. Failure to do so will result in dismissal without further notice.

The clerk is directed to provide a copy of this Order to Petitioner and counsel for Respondent.

SO ORDERED.

DATED: _____12/27_____, 2006.

UNITED STATES DISTRICT JUDGE